# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 25, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

160527

TODD ALLEN,
      Plaintiff-Appellee,

v

AARON ANTHONY TONNA, MICHAEL
HANEY, ANDREA CERULLO HANEY,
CODY MICHAEL NIKKILA, AARON
JACOB GAGALA, GENOA BANQUET
CENTER, INC., d/b/a CRYSTAL GARDENS
BANQUET, and MICHAEL RAUPP,
      Defendants,
and

CONCORD HOSPITALITY ENTERPRISES
COMPANY, f/k/a MARRIOTT
INTERNATIONAL, INC.,
      Defendant-Appellant.
_____/

SC: 160527
COA: 349067
Livingston CC: 18-029696-NO

On order of the Chief Justice, the stipulation signed by counsel for the parties agreeing to the dismissal of the application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 25, 2020



Clerk